**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ANDRES VERGARA,

    Plaintiff,

v.                                                          CASE NO. 6:12-CV-150-Orl-36KRS

DELICIAS BAKERY & RESTAURANT, INC.,
TORTAS Y TORTAS BAKERY, INC. and
NATALIE CARDONA,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on May 31, 2012 (Doc. 21). In the Report and Recommendation, the Magistrate recommends that the Court grant the parties' Joint Motion to Approve Settlement and Entry of an Order of Dismissal (Doc. 20). On June 11, 2012, the parties filed a Joint Notice of Non-objection to the Report and Recommendation. As such, this matter is ripe for review.

After careful consideration of the Report and recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act ("FLSA"). *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

- 2 -

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion Requesting Approval of Settlement and Entry of an Order of Dismissal (Doc. 20) is **GRANTED**. The settlement is approved as it constitutes a fair and reasonable resolution of this FLSA dispute. The release does not undermine the fairness of the settlement.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on June 14, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD